# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donita J. Cole, | No. CV-16-01197-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| ME CapitaL LLC, et al., | |
| Defendants. | |

This matter having recently come before this Court,

**IT IS ORDERED** motions pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Civ. P. 12(c) are discouraged if the defect can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss or a motion for judgment on the pleadings to determine whether the motion can be avoided. Consequently, motions to dismiss and motions for judgment on the pleadings must be accompanied by a notice of certification of conferral, indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Scheduling Conference or within the time set forth in the Rule 16 Case Management Order. Motions to dismiss and motions for judgment on the pleadings that do not contain the required certification are subject to be stricken on the Court's motion.

**IT IS FURTHER ORDERED** that Plaintiff(s) serve a copy of this Order upon

1 | any Defendant(s) who have not yet appeared and file notice of service.

2 | Dated this 26th day of April, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge